## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No.  15-cv-02034-REB-NYW

PAUL DENNISON,

      Plaintiff,

v.

AZTEC FACILITY MANAGEMENT, LP.,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the parties' **Stipulation for Dismissal** [#26][1] filed

March 30, 2016.  After careful review of the stipulation and the file, I conclude that the

stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation for Dismissal** is approved;

2.  That all pending pretrial deadlines are vacated;

3.  That the combined Final Pretrial Conference/Trial Preparation Conference set

September 30, 2016, is vacated;

4.  That the trial to court set to commence October 3, 2016, is vacated; and

5.  That this action is dismissed with prejudice with the parties to pay their own

---

[1]  "[#26]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

attorney fees and costs.

Dated March 31, 2016, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge